# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY ZELINSKY, | : |
| Petitioner | :   CIVIL ACTION NO. 3:16-0567 |
| v. | :   (JUDGE MANNION) |
| THERESA DELBALSO, *et al.*, | : |
| Respondents | : |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as a second or successive petition pursuant to 28 U.S.C. §2244(b)(3)(A), as untimely under the statute of limitations, see 28 U.S.C. §2244(d), and for failure to raise a cognizable federal claim.

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a Certificate of Appealability. See 28 U.S.C. §2253(c).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 4, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0567-01-ORDER.wpd